# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DALE LEROY JAMES, JR.,

   Petitioner,

v.             Case No. 18-C-1406

WARDEN LIZZIE TEGELS,

   Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION

On September 10, 2018, Petitioner Dale Leroy James, Jr. filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. On September 13, 2018, Magistrate Judge William E. Duffin screened James' petition and filed a Report and Recommendation. ECF Nos. 5–6. Magistrate Judge Duffin recommended that James' petition be dismissed. *Id.* James has not filed objections to this recommendation. After careful consideration of the Report and Recommendation and of the record as a whole, the court adopts the Report and Recommendation, orders James' petition (ECF No. 1) dismissed, and does not issue a certificate of appealability. The Clerk is directed to enter judgment accordingly.

**SO ORDERED** this   3rd   day of October, 2018.

                s/ William C. Griesbach
                William C. Griesbach, Chief Judge
                United States District Court